Pomeroy et al. *v.* Bushong, Exr., Appellant.

Argued January 28, 1935.   Before FRAZER, C. J., SIMP-SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

460

464

*E. H. Deysher,* for appellant.

*Charles W. Matten,* with him *Ralph B. Evans,* for appellees.

PER CURIAM, February 6, 1935:

The judgment is affirmed on the opinion of President Judge SCHAEFFER.